FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

FEB 23 2015

MATTHEW J. DYKMAN
CLERK

IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO
ALBUQUERQUE - DIVISION

RICHARD TAFOYA,
        Petitioner,

v.                                   Case No.#1:11-CR-02546-003(JAP)

UNTIED STATES OF AMERICA,
        Respondent.
_____/

PETITIONER'S MOTION TO MODIFY SENTENCE
PURSUANT TO THE TWO-LEVEL REDUCTION AMENDMENT 782
GIVEN RETROACTIVE EFFECT JULY 18, 2014

NOW COMES Petitioner, Richard Tafoya, proceeding pro se, and respectfully moves this Honorable Court pursuant to 18 U.S.C. 3582(c)(2), to modify his sentence pursuant to the recently enacted two-level reduction ("Amendment 782"), made retroactively effective by the Sentencing Commission July 18, 2014.

STANDARD OF REVIEW

Petitioner request a liberal construction of the pleadings. See Haines v. Kerner, 404 U.S. 519 (1972). This Court retains the inherent power to apply the proper construction of governing law. Kamen v. Kemper Financial Services, Inc., 500 U.S. 90 (1991).

Petitioner assumes that the Court is familiar with the facts of his case. Therefore, Petitioner will dispense with such formalities.

LEGAL DISCUSSION

1.) On September 27, 2011, petitioner was indicted in the District of New Mexico, Albuquerque division, on the above indictment.

2.) On January 24, 2012 petitioner entered a guilty plea on Counts 1, 8 and 11 of the indictment.

a.) Count 1 - Conspiracy to Violate (Meth), 21 U.S.C. Sect. 841(b)(1)(A) & 846;

b.) Count 8 - Use of a Telephone to Facilitate a Drug Trafficking Offense, 21 U.S.C. Sect. 843(b); and

c.) Count 11 - Use of a Telephone to Facilitate a Drug Trafficking Offense, 21 U.S.C. Sect. 843(b).

3.) Petitioner was sentenced on May 13, 2013, Judge Parker sentenced petitioner as follows:

        Count 1..........................60 months;

        Count 8..........................60 months (concurrent); and

        Count 11........................60 months (concurrent).

said terms to run consecutively to any dischared term of imprisonment in case No. 1:08CR00822-003WJ.

4.) Counts 8 and 11 were order to run concurrent with Count 1. All other charges were dismissed.

5.) The Court adopted the PSR at sentencing on May 16, 2013. Petitioner was ultimately sentenced pursuant to the 2012 amended Sentencing Guidelines.

6.) On July 18, 2014, the United States Sentencing Commission voted to make the two-level reduction retroactive. Contrary to Amendments 706 and 750, the Sentencing Commission also voted to make Amendment 782 retroactively applicable to all drug types. Amendment 782 was given retroactive effect on November 1, 2014. However, the Sentencing Commission previously voted that no relief will be rendered as a result of the amendment until November 1, 2015.

7.) In the instant proceeding, the Court determined Petitioner to be at a total offense level of 23, and a Criminal History Category ("CHC") of IV, with a sentencing guideline range of 70 to 87 months imprisonment. Petitioner was ultimately sentenced to 79 months imprisonment.

8.) In light of the recently enacted two-level reduction, petitioner's new total offense level is 21, CHC IV, with a sentencing guideline range of 57 to 71 months of imprisonment. Given this relevance, petitioner is presently eligible for a "proportional reduction"·

9.) As a result of the two-level reduction's retroactive application, petitioner's original sentence has a possibility of being substantially lowered by 50 percent from the low-end of the amended guideline range
(the commission calls this a "Proportional Reduction")

10.) All crack sentences were "based on" the crack guideline's sentencing ranges because those ranges represented the starting point of every sentencing pre-and post-Booker, even where the defendant was ultimately sentenced for multiple types of controlled substances.

11.) Nonetheless, Section 3582(c)(2) requires sentencing courts to consider all applicable 18 U.S.C. 3553(a) factors. In Gall, the Supreme Court said that "the extent of the difference between a particular sentence and the recommended Guidelines range is surely relevant" to a sentencing decisions. Gall v. United States, 128 s. Ct. 591 (2007).

12.) Inasmuch as Petitioner's "pre-" 3553(a) factors were incorporated into his initial sentence, obviously, no post-sentencing factors were considered.

13.) Prior to Amendment 782, there was no opportunity for the Court to factor in petitioner's "post-sentencing conduct". Given this relevance, now this Honorable Court is free under 3582(c)(2) to consider 3553(a) factors in deciding whether the advisory sentence is "sufficient but not greater than necessary to satisfy the purposes of sentencing." Gall.

14.) In the instant case, since petitioner's incarceration in 2011, he has maintained and exhibited an amiable attitude with staff and inmates alike within the facilities he has been housed. In addition, petitioner has completed twenty-six (26) institutional programs while maintaining clear conduct his entire incarceration. Moreover, petitioner is presently employed within the Education Department as a GED Tutor for Spanish and English speaking inmates alike. See Inmate Education Data Transcript, Exhibit A.

15.) Through Amendment 782, the Sentencing Commission lowered the sentencing guideline ranges for all drug types by two offense levels. See USSG 1B1.10. The commentary accompanying 1B1.10 permits the Court to consider post-sentencing conduct in whether a reduction in the defendant's term of imprisonment is warranted. U.S.S.G. 1B1.10, cmt. (n.1)(B)(ii)-(iii). In this regard, the Court may, but is not required to, consider a defendant's post-sentencing conduct. Id.

16.) A district court may modify a defendant's sentence after judgment has been entered only if modification is permitted by statute. United States v. Ross, 245 F.3d 577, 586 (6th Cir. 2001). Thus, modification is permitted by 18 U.S.C. 3582(c)(2) when the sentencing range for the offense for which the defendant was sentenced has been subsequently lowered:

"[I]n the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission . . . the court may reduce the term of imprisonment, after considering the factors set forth in section 3553(a) to the extent that they are applicable, if such a reduction is consistent with applicable policy statements issued by the Sentencing Commission." U.S.S.G. 1B1.10. See also United States v. Higgs, 504 F.3d 456 (3rd Cir. 2007), citing U.S. v. Ross, 245 F.3d 577, 586 (6th Cir. 2001).

17.) This Court has the authority to modify the petitioner's sentence pursuant to 3582(c) as a result of Amendment 782. And because petitioner's sentencing guideline range was subsequently lowered, under 18 U.S.C. 3553 this Court can consider petitioner's post-sentencing conduct and depart beyond the new applicable guideline.

18.) At the present, petitioner is eligible for a sentence reduction "based on" a sentencing range that has been substantially lowered by retroactive application.

19.) Under Section 3553(a) this Court is free to consider petitioner's conduct during his post-incarceration, a factor that the Court had no authority to consider prior to the enactment of Amendment 782.

20.) In addition, if this Court determines that petitioner is eligible for the Amendment 782 reduction, petitioner request that the Court appoint counsel to assist petitioner in the remainder of these proceedings.

21.) Accordingly, because petitioner has presently served 39 months of his 79 month sentence with model pre- and post-sentencing conduct, where petitioner only has 40 months remaining, this Court should grant petitioner an additional reduction based on 3553(a), and sentence petitioner to time served, and order petitioner immediately released. Or, in the alternative, immediately eligible for halfway house placement.

22.) Notably, petitioner has a strong supportive family foundation supporting him. And through his hard work while incarcerated, he has regained the trust of his family and friends. For example, petitioner's family has provided letters for petitioner to submit to the Court expressing how they have recognized petitioner's productive growth and development throughout his incarceration. Likewise, petitioner's life long friends and new acquaintances have recognized that petitioner has corrected his past dysfunctional behavior. As a result, Petitioner's family and friends have taken the initiative to secure an offer of employment for petitioner upon release. A consideration petitioner humble request the Court to consider. On a personal note, petitioner has recognized how important it is for petitioner to be a positive part of his impressionable child's life. A responsibility petitioner recognizes that he owes his child. The decency of being a good roll model and peer.

23.) Therefore, in light of Amendment 782, this Court should grant petitioner's motion and credit the two-level reduction, and further consider petitioner's post-sentencing conduct.

## CONCLUSION

WHEREFORE, it is the prayers of this humble petitioner that this Honorable Court Grant him a reduction under Amendment 782. In addition, petitioner prays the Court considers post-sentencing factors and further reduce petitioner's sentence significantly lower, to wit: time served, and all other relief this Honorable Court deems just and proper in the premise.

Respectfully submitted,

_____
Name: Richard Tafoya
Reg.# 40612-051
Address: FCI Pollock
P.O. Box 4050
Pollock, LA. 71467

## DECLARATION OF PETITIONER

I, Richard Tafoya, HEREBY DECLARE, under the penalty of perjury that the foregoing is true and correct. Executed this 18th day of February, 2015.

_____
Name: Richard Tafoya
Reg.# 40612-051
Address: FCI Pollock
P.O. Box 4050
Pollock, LA. 71467

## CERTIFICATE OF SERVICE

I, Richard Tafoya, HEREBY CERTIFY, under the penalty of perjury that a copy of the foregoing Amendment 782 Two-Level Reduction Motion, has been mailed to the below address, by placing said package in the Mailbox this __18__ day of __February__, 2015.

Government's Address:
United States Courthouse
333 Lomas BLVD N.W.
Suite 270
Albuquerque, NM. 87102

Name: Richard Tafoya
Reg.# 40612-051
Address: FCI Pollock
P.O. Box 4050
Pollock, LA. 71467

```
POM63              *         INMATE EDUCATION DATA      *      02-05-2015
PAGE 001 OF 001 *                  TRANSCRIPT           *       14:14:58

REGISTER NO: 40612-051    NAME..: TAFOYA                    FUNC: PRT
FORMAT.....: TRANSCRIPT   RSP OF: POM-POLLOCK MED FCI

-------------------------------- EDUCATION INFORMATION --------------------------------
FACL ASSIGNMENT DESCRIPTION                START DATE/TIME STOP DATE/TIME
POM  ESL HAS    ENGLISH PROFICIENT         06-09-2010 0955 CURRENT
POM  GED HAS    COMPLETED GED OR HS DIPLOMA 06-09-2010 0955 CURRENT

-------------------------------- EDUCATION COURSES --------------------------------
SUB-FACL    DESCRIPTION                    START DATE  STOP DATE  EVNT AC LV  HRS
POM         BASIC MATH SKILLS (REFRESHER)  11-11-2014  CURRENT
POM         ADVANC MATH SKILLS (REFRESHER) 11-11-2014  CURRENT
POM         WORLD WAR 2                    01-27-2015  CURRENT
POM         RPP2 RESUME PRE-RELEASE        01-11-2015  01-22-2015   P   C  P    4
POM         RPP 2:  JOB INTERVIEW SKILLS   01-18-2015  01-19-2015   P   C  P    2
POM         COMMERCIAL DRIVES LICENSE/ACE  09-08-2014  11-20-2014   P   C  P   18
POM         RPP6 DRUG EDUCATION            09-04-2014  09-26-2014   P   C  P   13
FLP         EVERYDAY GRAMMAR: PUNCTUATION  06-13-2014  06-24-2014   P   C  P    1
FLP         STRESS MANAGEMENT FOR PARENTS  05-09-2014  05-22-2014   P   C  P    1
FLP         HISTORY OF THE WORLD PART 1    05-20-2014  05-21-2014   P   C  P    9
FLP         COMMUNICATION EFFECTIVE PARENT 04-01-2014  04-15-2014   P   C  P    1
FLP         HOW TO READ FOOD LABELS        04-11-2014  04-11-2014   P   C  P    1
FLP         COMMONLY CONFUSED WORDS        03-27-2014  04-11-2014   P   C  P    1
FLP         SOC SEC BENEFITS FOR REENTRY   03-27-2014  04-11-2014   P   C  P    1
FLP         BUILD YOUR CHILD'S SELF-ESTEEM 03-27-2014  04-11-2014   P   C  P    1
FLP         THE OLYMPIC GAMES              03-14-2014  03-26-2014   P   C  P    1
BAS DRUG    FUNDAMENTALS OF AMER FOOTBALL  01-30-2011  01-30-2011   P   C  P    2
BAS DRUG    SCIENTIFIC ABDOMINALS CLASS    10-04-2010  12-21-2010   P   C  P   33
BAS DRUG    RELEASE REQUIREMENTS           08-18-2010  08-18-2010   P   C  P    1
BAS DRUG    RELAPSE PREVENTION CLASS       08-18-2010  08-18-2010   P   C  P    1
BAS DRUG    BUDGET CLASS                   08-18-2010  08-18-2010   P   C  P    1
BAS DRUG    HOLISTIC MEDICINE              08-18-2010  08-18-2010   P   C  P    1
BAS DRUG    COMMUNITY RESOURCES            08-18-2010  08-18-2010   P   C  P    1
BAS DRUG    EMPL PREP MODIFIED             08-18-2010  08-18-2010   P   C  P    1
BAS DRUG    INTRODUCTION TO REAL ESTATE    07-02-2010  08-20-2010   P   C  P   14
BAS         9-BALL RULES COURSE            06-06-2010  06-06-2010   P   C  P    2




G0000         TRANSACTION SUCCESSFULLY COMPLETED
```

```
POM63  606.00  *        MALE CUSTODY CLASSIFICATION FORM        *     02-05-2015
PAGE 001 OF 001                                                       13:58:12
                            (A) IDENTIFYING DATA
REG NO..: 40612-051              FORM DATE: 02-05-2015         ORG: POM
NAME....: TAFOYA, RICHARD
                                 MGTV: NONE
PUB SFTY: NONE                   MVED:
                             (B) BASE SCORING
DETAINER: (0) NONE               SEVERITY.......: (3) MODERATE
MOS REL.: 23                     CRIM HIST SCORE: (06) 8 POINTS
ESCAPES.: (0) NONE               VIOLENCE.......: (0) NONE
VOL SURR: (0) N/A                AGE CATEGORY...: (2) 36 THROUGH 54
EDUC LEV: (0) VERFD HS DEGREE/GED  DRUG/ALC ABUSE.: (1) <5 YEARS
                            (C) CUSTODY SCORING
TIME SERVED.....: (4) 26-75%     PROG PARTICIPAT: (2) GOOD
LIVING SKILLS...: (2) GOOD       TYPE DISCIP RPT: (5) NONE
FREQ DISCIP RPT.: (3) NONE       FAMILY/COMMUN..: (4) GOOD


                      --- LEVEL AND CUSTODY SUMMARY ---
BASE CUST VARIANCE  SEC TOTAL  SCORED LEV  MGMT SEC LEVEL  CUSTODY  CONSIDER
 +12  +20    -4        +8       MINIMUM         N/A           IN    DECREASE


G5149     INMATE/DESIG FACL LEVEL MISMATCHED, HAVE DSCC ADD A MGTV
G0005     TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

**Department of Justice — Federal Bureau of Prisons**
**INMATE SKILLS DEVELOPMENT PLAN**    Current Program Review: 02-05-2015

| | |
|---|---|
| Name: TAFOYA, RICHARD | Institution: POLLOCK MED FCI |
| Register Number: 40612-051 | P.O. BOX 3000 |
| Security/Custody: MINIMUM/MIN | POLLOCK, LA 71467 |
| Projected Release: 01-07-2017 / GCT REL | Telephone: (318) 765-4400 |

Next Review Date: 08-09-2015    Driver's License/State:
Next Custody Review Date: 01-04-2016    FBI Number: 081080351 / NM
Age/DOB/Sex: 40 / 02-13-1974 / M    DCDC Number: 484710CB0
CIM Status: Y    INS Number:
If yes, reconciled: Y    PDID Number:    Other IDs:

Release Residence: EVELYN GALLEGOS, FRIEND    Release Employer: [Name] [Address] [POC]
2209 DIEGO PLACE
ALBUQUERQUE, NM 87105
Telephone: (505) 550-8580    Contact:    Telephone:

Primary Emergency Contact: Sarah Gallegos, Friend    Secondary Emergency Contact: [POC] [Address]
6820 Mayhlle Court N.W.
Albuquerque, NM 87120
Telephone: (505) 550-6752    Contact:    Telephone:

Mentor Information:

**Controlling Sentence Information:**

| Offense(s)/Violator Offenses | Sentence | Sentencing Procedure | Supervision Term |
|---|---|---|---|
|  | 60 MONTHS | 3559 PLRA SENTENCE | 10 YEARS |

| Controlling Sentence Began | Time Served/Jail Credit/Inoperative Time | Days GCT/EGT/SGT | Days FSGT/WSGT/DGCT | Parole Status |
|---|---|---|---|---|
| 05-16-2013 | 2 YEARS 5 MONTHS 6 DAYS / 258 / 0 | 235 / 0 / 0 | 0 / 0 / 0 | Hearing Date: / Hearing Type: / Last USPC Action: NOT ENTERED |

Detainers: N
Special Parole Term: NOT ENTERED
Pending Charges: None known
Cim Status: Y    Cim Reconciled: Y

**Financial Responsibility**

| | Imposed | Balance | Case No/Court of Jurisdiction | Assign/Schedule/Payment |
|---|---|---|---|---|
| ASSESSMENT USDC | $100.00 | $0.00 | 1:08CR008220-003WJ | FINANC RESP-PARTICIPATES |
| ASSESSMENT USDC | $300.00 | $250.00 | 1:11CR02546-003JP | $50.00 MONTHLY |

Financial Plan Active: Y
Financial Plan Date: 01-26-2015    Comm Dep-6 mos: $1970.20    Commissary Balance: $16.52

**Payments**
Commensurate: Y
Missed: N

Judicial Recommendations: FCI Englewood / RDAP / Drug and alcohol treatment.

Special Conditions of Supervision: Substance use treatment & monitoring; search procedures; refrain from the use & possession of alcohol & other forms of intoxicants; must not frequent places where alcohol is the primary item for sale

---

**Department of Justice — Federal Bureau of Prisons**
**INMATE SKILLS DEVELOPMENT PLAN    PROGRAM REVIEW: 02-05-2015**

USPO Sentencing: Margaret Vigil, Chief
New Mexico Probation Office
Pete V. Domenici United States Courthouse
333 Lomas Boulevard, N.W. Room 170
Albuquerque, NM 87102
Phone/Fax: 505-348-2600 / 505-348-2701

USPO Relocation: [POC] [District] [Street Address/Suite] [City], [State] [Zip]
Phone/ [Fax]

Subject to 18 U.S.C. 4042(B) Notification: Y
- Conviction for a drug trafficking crime (federal)
DNA Required: N
Treaty Transfer Case: Y - 06-25-2010

Profile Comments:

**EDUCATION DATA**

| Facility | Assignment | Description | Start Date | Stop Date |
|---|---|---|---|---|
| POM | ESL HAS | ENGLISH PROFICIENT | 06-09-2010 | CURRENT |
| POM | GED HAS | COMPLETED GED OR HS DIPLOMA | 06-09-2010 | CURRENT |
| POM | ACE WW2 | WORLD WAR 2 | 01-27-2015 | CURRENT |
| POM | ACE MATHII | ADVANC MATH SKILLS (REFRESHER) | 11-11-2014 | CURRENT |
| POM | ACE BSCMTH | BASIC MATH SKILLS (REFRESHER) | 11-11-2014 | CURRENT |

**COMPLETED EDUCATION COURSES**

| Course Description | Completion Date | Course Hours |
|---|---|---|
| RPP2 RESUME PRE-RELEASE | 01-22-2015 | 4 |
| RPP 2: JOB INTERVIEW SKILLS | 01-19-2015 | 2 |
| COMMERCIAL DRIVERS LICENSE/ACE | 11-20-2014 | 18 |
| RPP6 DRUG EDUCATION | 09-26-2014 | 13 |
| EVERYDAY GRAMMAR: PUNCTUATION | 06-24-2014 | 1 |
| STRESS MANAGEMENT FOR PARENTS | 05-22-2014 | 1 |
| HISTORY OF THE WORLD PART 1 | 05-21-2014 | 9 |
| COMMUNICATION EFFECTIVE PARENT | 04-15-2014 | 1 |
| HOW TO READ FOOD LABELS | 04-11-2014 | 1 |
| COMMONLY CONFUSED WORDS | 04-11-2014 | 1 |
| SOC SEC BENEFITS FOR REENTRY | 04-11-2014 | 1 |
| BUILD YOUR CHILD'S SELF-ESTEEM | 04-11-2014 | 1 |
| THE OLYMPIC GAMES | 03-26-2014 | 1 |
| FUNDAMENTALS OF AMER FOOTBALL | 01-30-2011 | 2 |
| SCIENTIFIC ABDOMINALS CLASS | 12-21-2010 | 33 |
| RELEASE REQUIREMENTS | 08-18-2010 | 1 |
| RELAPSE PREVENTION CLASS | 08-18-2010 | 1 |
| BUDGET CLASS | 08-18-2010 | 1 |

Department of Justice  
Federal Bureau of Prisons  
**INMATE SKILLS DEVELOPMENT PLAN** **PROGRAM REVIEW: 02-05-2015**

Name: TAFOYA, RICHARD    RegNo: 40612-051

### HIGHEST TEST SCORES

| Test | Subtest | Score | Test Date | Test Facl | Form | State |
|------|---------|-------|-----------|-----------|------|-------|

Inmate has no score history items in this area

### WORK HISTORY

| Facility | Assignment | Description | Start Date | Stop Date |
|----------|-----------|-------------|------------|-----------|
| POM | EDUC AM | ORDERLY | 01-26-2015 | CURRENT |

### WORK HISTORY

| Facility | Assignment | Work Assignment Description | Start Date | Stop Date |
|----------|-----------|-----------------------------|------------|-----------|
| POM | REC AM-1 | ORDERLY | 09-02-2014 | 01-26-2015 |
| POM | MED FS PND | PENDING FS PRE-EMPLOY PHYSICAL | 08-29-2014 | 09-02-2014 |

### DISCIPLINE HISTORY

| UDC / DHO | Hearing Date | Report No. | Prohibited Act / Description | Sanction |
|-----------|--------------|-----------|------------------------------|----------|

Inmate has no disciplinary history items in this area

### MOVEMENT DATA

| Facility | Assignment | Description | Start Date | Stop Date |
|----------|-----------|-------------|------------|-----------|
| POM | A-DES | DESIGNATED, AT ASSIGNED FACIL | 08-20-2014 | CURRENT |

### MOVEMENT HISTORY

| Facility | Assignment | Description | Start Date | Stop Date |
|----------|-----------|-------------|------------|-----------|

Inmate has no movement history items in this area

### CASE MANAGEMENT ASSIGNMENTS

| Facility | Assignment | Description | Start Date | Stop Date |
|----------|-----------|-------------|------------|-----------|
| POM | RPP PART | RELEASE PREP PGM PARTICIPATES | 01-19-2015 | CURRENT |
| POM | V94 CDA913 | V94 CURR DRG TRAF ON/AFT 91394 | 06-21-2010 | CURRENT |

### MEDICAL DUTY STATUS ASSIGNMENTS

| Facility | Assignment | Description | Start Date | Stop Date |
|----------|-----------|-------------|------------|-----------|
| POM | YES F/S | CLEARED FOR FOOD SERVICE | 08-20-2014 | CURRENT |
| POM | REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 07-15-2013 | CURRENT |

### HOLISTIC MEDICINE

| | | Start Date | |
|---|---|---|---|
| COMMUNITY RESOURCES | | 08-18-2010 | 1 |
| EMPL PREP MODIFIED | | 08-18-2010 | 1 |
| INTRODUCTION TO REAL ESTATE | | 08-20-2010 | 14 |
| 9-BALL RULES COURSE | | 06-06-2010 | 2 |

| POM | NO PAPER | NO PAPER MEDICAL RECORD | 06-04-2010 | CURRENT |

Generated: 02-05-2015 09:18:46    Page 3    Inmate Copy ISDS Version: 1.6.2d

Generated: 02-05-2015 09:18:46    Page 4    Inmate Copy ISDS Version: 1.6.2d

Honorable Judge

Thank you for reading this letter. I am Felicia Tafoya. I'm writing this letter because my dad Richard Tafoya. I know he has made mistakes about stuff but, he was really trying to make a better like for us and for himself too. Ii just want you to see my dad as human being and not a criminal. All humans make mistakes in life. I understand my dad had made a few mistakes, but we need our dad here with us. When he first left I was 10 and now I'm 14. And I don't want my dad to miss anymore of my life then he already has of mine and my little brother. Me, and my little brother need him and it's so hard for us now that he has been torn out of our lives again. Thank you again for reading my letter. Just please consider on giving my dad Richard Tafoya another chance. Thank you so very much of your time.

Honorable Judge

Hello my name is Evelyn Gallegos and I'm writing in regards of Richard Tafoya. As a child and young adult Richard was always so caring. Family life was a big part of his life. Richard is a good father and has always been close to his family and he is loving son. He is always willing to help with any task at hand. He enjoys family gatherings and sharing that with his children. Richard is easy going and gets along with others. Since being incarcerated he has had time to think of what has incurred in his life. His hope for future is to use what he has learned so he can be able to be released as a productive individual. Thank you for taking the time to read this letter.

Sincerely,

Evelyn Gallegos

Mother of Richard Tafoya

To the preciding Judge,

In the case for Richard N. Tafoya, I am Alex Tafoya father of Richard Tafoya. My son has been incarsarated for some time now. I am asking that you would take into concideration on behalf of Richard Tafoya, to see if maybe he could somehow get out early. I realize that he made a mistake, but some of us all do. He has been studying to be a paralegal, while he's been incarsarated and he enjoys all that he has learned. He's really concerned about his family its been a long time he worries alot, cause he can't do anything where he's at. I believe that my son would do alot better once he's out cause he's determined to have a better life, and taking care of his family.

Thank You,
Mr. Alex Tafoya

To whom this may concern,

I Mathilda A. Gonzales am writing this letter on behalf of Richard Tafoya. I have corresponded by mail and speak occasionally by phone. I believe Richard has utilized his time to the best of his ability. He has acquired his Commercial Drivers License permit, while being encarcerated. Upon his release, Mr. Tafoya plans to complete and obtain a class a CDL. He has also enrolled when allowed into other classes that will be useful in obtaining a job and or a career. During this time, that we've been in touch, it is my opinion that Mr. Tafoya has been humbled and come to realize the best blessing and achievments in life come through hard honest work. He has also come to understand that a change in surroundings and a positive atmosphere is important to his success as a man, son, active member of society & most important his role as a father to his children. I believe that Mr. Tafoya has acquired the personal goals and the life skills in which he will use to succeed.

Mathilda A. Gonzales

To whom it may concern:

I would be willing to visit with Mr. Richard Tafoya about a possibility of a job position once he is available.

Thank you,

Jeremy Skinner
Nova Mud
Mud Dispatcher

Delbert Woodward 1-15-15

To whom it may concern
My name is Delbert Woodward I'm a truck driver at Nova Mud. I've been friends with Richard Tafoya for 30 years I belive that he has used his time to reflect on whats most important in life we speak on the phone weekly I have come to see a big change in him. He has gotten a C.D.L permit so he can come work within the oil fields in Hobbs N.M. He has learnd that being honest and doing the right thing

and working hard is the only way to live a good life. He is a very smart man and would use this early parole to get his life back on track with the help of loved ones and a strong faith in God. I'm positive he will do very well.

Delbert Woodward

Richard Tafoya
#40612-051
Federal Correctional Institution Pollock
P.O. Box 4050
Pollock LA. 71467

CERTIFIED MAIL

7013 3020 0002 1456 9452

40612-051
United States Courthouse
333 Lomas BLVD NW
Suite 270
Albuquerque, NM 87102
United States

RECEIVED
At Albuquerque NM
FEB 2 3 2015
THEW J. DYKMAN
CLERK



**FEDERAL CORRECTIONAL COMPLEX
POLLOCK, LA
DATE: 2/18/15**

THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAILING PROCEDURES FOR FORWARDING TO YOU. THE LETTER HAS BEEN NEITHER OPENED NOR INSPECTED. IF THE WRITER RAISES A QUESTION OR PROBLEM OVER WHICH THIS FACILITY HAS JURISDICTION, YOU MAY WISH TO RETURN THE MATERIAL FOR FURTHER INFORMATION OR CLARIFICATION. IF THE WRITER ENCLOSES CORRESPONDENCE FOR FORWARDING TO ANOTHER ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO THE ABOVE ADDRESS.