## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

     Plaintiff,

vs.                                                                           No. 11-CR-2546  JAP

RICHARD TAFOYA,

     Defendant.

### ORDER TERMINATING SUPERVISED RELEASE

On November 9, 2020, Defendant filed a *PRO SE* MOTION TO TERMINATE DEFENDANT'S SUPERVISED RELEASE TERM ("Motion"), Doc. 194.  In the Motion, Defendant represents that he has successfully completed nearly half of his 10-year term of supervised release without incident and that his request is unopposed by his probation officer. *See* Doc. 194 at 1, 3, 4, 5. The United States indicates that it has conferred with Defendant's probation officer and does not oppose Defendant's request for early termination of his supervised release. *See* UNITED STATES' NOTICE OF NON-OPPOSITION TO DEFENDANT'S *PRO SE* REQUEST FOR EARLY TERMINATION OF SUPERVISED RELEASE, Doc. 195. The Court, having reviewed the Motion and the United States' Notice, finds that the Motion should be granted.

IT IS ORDERED THAT:

1. Defendant's *PRO SE* MOTION TO TERMINATE DEFENDANT'S SUPERVISED RELEASE TERM, Doc. 194, is GRANTED.

2. Defendant's term of supervised release is terminated.

_____
SENIOR UNITED STATES DISTRICT JUDGE